IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LEMUEL ANDERSON,                          §
                                          §
        Plaintiff,                        §
                                          §
v.                                        §        Civil Action No. H-05-1257
                                          §
PARSONS STATE HOSPITAL &                  §
TRAINING CENTER; HARRIS                   §
COUNTY APPRAISAL DISTRICT;                §
and TAXPAYERS FOR EQUAL                   §
APPRAISAL OF HOUSTON,                     §
TEXAS,                                    §
                                          §
        Defendants.                       §

FINAL JUDGMENT

As the Court has, on its own motion, dismissed Plaintiff Lemuel Anderson's

complaint for lack of subject matter jurisdiction in federal court, the Court hereby

ORDERS that final judgment be entered.  Plaintiff's claims against Defendants

are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this  8th day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

2